IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW WADSWORTH, | No. C 07-2178 MMC |
| Petitioner, | **ORDER DISMISSING PETITION WITHOUT PREJUDICE** |
| v. | |
| MATTHEW C. KRAMER, et al., | |
| Respondents | |

By order filed April 27, 2007, the Court directed petitioner to show cause, no later than May 18, 2007, why the instant petition should not be dismissed without prejudice for failure to exhaust the remedies available in state court.

To date, petitioner has not filed a response to the Court's order.

Accordingly, the above-titled action is hereby DISMISSED without prejudice, for the reasons stated in the Court's order of April 27, 2007, specifically, for failure to exhaust the remedies available in state court. See 28 U.S.C. § 2254(b)(1).

**IT IS SO ORDERED.**

Dated: May 24, 2007

_____
MAXINE M. CHESNEY
United States District Judge